No. 91–169. LUJAN, SECRETARY OF THE INTERIOR, ET AL. *v.* SIERRA CLUB ET AL. C. A. 10th Cir. Certiorari granted, judg-

ment vacated, and case rem̄ ̄ied for further consideration in light of *Department of Energy* v. *Ohio,* 503 U. S. 607 (1992). ▇